# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
*Chief Justice*

163002 & (17)(19)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RASSET LAHDIR,
    Defendant-Appellant.

SC: 163002
COA: 356403
Ottawa CC: 17-041588-FH

_____/

On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the April 22, 2021 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



t0525

Clerk